**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**HELEN CLARK,**

      **Plaintiff,**

**v.**                              **3:12-CV-1277-N-BK**

**BANK OF AMERICA NA, THE BANK
OF NEW YORK MELLON, RECONTRUST
COMPANY, NA, AMERICA'S WHOLESALE
LENDER, BAC HOME LOANS
SERVICING, LP, JIM ADKINS, MARY
MANCUSO, and SHELLEY ORTOLANI,**

      **Defendants.**

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

      The United States Magistrate Judge made findings, conclusions and a recommendation in

this case.  No objections were filed.  The District Court reviewed the proposed findings,

conclusions and recommendation for plain error.  Finding none, the Court ACCEPTS the

Findings, Conclusions and Recommendation of the United States Magistrate Judge.

      SO ORDERED this 19th day of November, 2012.


_____
UNITED STATES DISTRICT JUDGE